■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE W. BURCH, II, Appellant. (Appeal No. 1.) [708 NYS2d 686] —Judgment unanimously affirmed. Memorandum: Viewing the evidence, the law and the circumstances of this case in totality and as of the time of the representation, we conclude that defendant received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). Although defendant's representation was not error free, defendant failed to demonstrate that he was "deprived of a fair trial by less than meaningful representation" (*People v Flores,* 84 NY2d 184, 187). We have reviewed defendant's remaining contentions and conclude that they are without merit. (Appeal from Judgment of Chautauqua County Court, Noonan, J.—Aggravated Sexual Abuse, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.